**Appeal Dismissed and Memorandum Opinion filed June 6, 2024.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-24-00141-CV

---

**DANA DENISE MODIQUE, Appellant**

**V.**

**BEVERLY Y. MODIQUE, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1217706**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed February 6, 2024. The clerk's record was filed April 11, 2024. The reporter's record was not filed. No brief was filed.

On May 15, 2024, we issued a notice stating that unless appellants filed a brief within ten days the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, we dismiss the appeal for want of prosecution.

PER CURIAM

Panel consists of Chief Justice Christopher and Justice Spain and Justice Poissant.